IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| JAMES CURTIS, | * | |
| | * | CIVIL ACTION FILE NO. |
| Plaintiff, | * | |
| | * | |
| v. | * | _____ |
| | * | |
| METROPOLITAN PROPERTY AND | * | **(REMOVED FROM THE** |
| CASUALTY INSURANCE | * | **SUPERIOR COURT OF** |
| COMPANY, | * | **FULTON COUNTY** |
| | * | **CAF # 2014-CV-241583)** |
| | * | |
| Defendant. | * | |

## NOTICE OF REMOVAL

COMES NOW Metropolitan Property and Casualty Insurance Company, Defendant in the above-styled matter, and within the time prescribed by law files this Notice of Removal and respectfully shows the Court as follows:

1.

Plaintiff James Curtis has filed a suit for damages against Defendant in the Superior Court of Fulton County, Georgia, which county is within the Northern District of this Court and the Atlanta Division.  Said lawsuit is styled as above and is numbered as Civil Action File No. 2014-CV-241583.

2.

Plaintiff seeks insurance proceeds after a residential property was completely destroyed by fire, and upon information and belief, the matter in controversy exceeds the sum or value of $ 75,000, exclusive of interest and costs.

3.

At the time of the filing of Plaintiff's Complaint, Defendant was a Rhode Island corporation with its principal place of business in Rhode Island. In the Complaint, Plaintiff stated that he is a resident of Georgia. Accordingly, there is complete diversity of citizenship between Plaintiff and Defendant.

4.

The amount in controversy in said lawsuit exceeds the sum of $75,000, exclusive of interest and costs, and there is complete diversity of citizenship between Plaintiff and Defendant. Accordingly, pursuant to 28 U.S.C. section 1332, this is a case which would be subject to the original jurisdiction of this Court, and therefore this case may be removed to this Court pursuant to the provisions of 28 U.S.C. sections 1441 and 1446.

5.

This notice of removal is being filed within thirty (30) days of service of the Complaint on Defendant which occurred on or about January 21, 2014.

6.

Attached to this notice of removal as Exhibit "1" are true and correct copies of the Complaint and all summons, process and other pleadings served upon Defendant in this case, as required by 28 U.S.C. § 1446(a).

7.

Written notice of the filing of this Notice of Removal is being given to all adverse parties as required by law.

8.

A true and correct copy of this Notice of Removal is being filed with the Clerk of the Superior Court of Fulton County, Georgia, as provided by law.

WHEREFORE, Defendant respectfully prays that the above-captioned lawsuit be removed to the United States District Court for the Northern District of Georgia, Atlanta Division.

Respectfully submitted this 18th day of February, 2014.

/s/ Edward C. Bresee, Jr.
EDWARD C. BRESEE, JR.
Georgia Bar No. 004820
/s/ Arthur J. Park
ARTHUR J. PARK
Georgia Bar No. 227992

Mozley, Finlayson & Loggins LLP
One Premier Plaza; Suite 900
5605 Glenridge Drive
Atlanta, Georgia  30342
Telephone:  404.256.0700
Facsimile:   404.250.9355
*Attorneys for Defendant*

## CERTIFICATE OF SERVICE

I hereby certify that I electronically filed the foregoing NOTICE OF REMOVAL using the Court's CM/ECF System and served a true and correct copy of same via U.S. Mail, postage prepaid, on the following counsel of record:

Jordan M. Jewkes
Webb, Wade & Taylor, LLC
400 Westpark Court
Suite 220
Peachtree City, Georgia  30269

This 18th day of February, 2014.


/s/ *Edward C. Bresee, Jr.*
EDWARD C. BRESEE, JR.


353918

4