IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| JAMES CURTIS, : | |
| : | CIVIL ACTION |
| Plaintiff, : | |
| : | FILE NO.1:14-CV-00451-LMM |
| vs. : | |
| : | |
| METROPOLITAN PROPERTY AND : | |
| CASUALTY INSURANCE : | |
| COMPANY, : | |
| Defendant. : | |

## STIPULATION OF DISMISSAL

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiff files this stipulation of dismissal, signed by all parties that have appeared, dismissing this action with prejudice.

Respectfully submitted this 29th day of July 2015.

/s/ Jordan M. Jewkes
James H. Webb, Jr.
Bar No. 744275
Jordan M. Jewkes
Bar No. 940491
Attorneys for Plaintiff

WEBB & TAYLOR, LLC

400 Westpark Ct. - Ste. 220
Peachtree City, Georgia 30269
Telephone:  (770) 631-1811
Fax:  (770) 631-1771


**/s/ Edward C. Bresee, Jr.**
Edward C. Bresee, Jr.
Georgia Bar No. 004820
Arthur J. Park
Georgia Bar No. 227992
Attorneys for Defendant

Mozley, Finlayson & Loggins, LLP
One Premier Plaza, Suite 900
5605 Glenridge Drive
Atlanta, Georgia 30342
Telephone: (404) 256-0700
Fax: (404) 250-9355

## **CERTIFICATION OF FONT**

This certifies that pursuant to Local Rule 5.1 that the above and foregoing has been prepared using Times New Roman font, 14 point.

This 29th day of July 2015.

                                          Respectfully submitted,

                                        **/s/ Jordan M. Jewkes**
                                        James H. Webb, Jr.
                                        Bar No. 744275
                                        Jordan M. Jewkes
                                        Bar No.  940491
                                        Attorneys for Plaintiff

                                        WEBB & TAYLOR, LLC
                                        400 Westpark Ct. - Ste. 220
                                        Peachtree City, Georgia 30269
                                        Telephone:  (770) 631-1811
                                        Fax:  (770) 631-1771

## CERTIFICATE OF SERVICE

This is to certify that undersigned counsel for plaintiff in the above-named action filed the foregoing STIPULATION OF DISMISSAL with the Clerk of the Court using the CM/ECF system, which will automatically send email notification of such filing to the following attorneys of record:

>Edward C. Bresee, Jr.
>Arthur J. Park
>Mozley, Finlayson & Loggins, LLP
>One Premier Plaza, Suite 900
>5605 Glenridge Drive
>Atlanta, Georgia 30342

This 29th day of July, 2015.

>WEBB & TAYLOR, LLC
>
>/s/Jordan M. Jewkes
>Jordan M. Jewkes
>Ga. Bar No. 940491

Attorneys for Plaintiff
400 Westpark Ct. - Ste. 220
Peachtree City, Georgia 30269
Telephone: (770) 631-1811
Fax: (770) 631-1771